TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00467-CV







Southwest Educational Development Corporation d/b/a Southwest Educational
Development Laboratory, Appellant


v.



Highland Resources, Inc., Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT


NO. GN102150, HONORABLE PAUL DAVIS, JUDGE PRESIDING 







 The parties have filed a "Joint Motion to Dismiss." See Tex. R. App. P. 42.1 (a). We
grant the motion and dismiss the appeal. Id.



 __________________________________________

 Lee Yeakel, Justice

Before Justices Kidd, B. A. Smith and Yeakel


Dismissed on Joint Motion


Filed: December 19, 2002


Do Not Publish